**From:** The District court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. RAYMOND FUCHS, Defendant.

NO. 7458

## DECISION

The application of the above-named defendant for a review of the sentence of five years for Second Degree Assault (assaulting wife with a revolver) imposed on January 19, 1969, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

The presumption being that the sentencing judge was correct in his determination, we are unable to say that this sentence was not proper, reasonable, and sufficiently lenient, the nature of the crime, the individual, and the sentencing goals kept in mind, particularly when it is considered that the crime may be punished by 6 years imprisonment or a fine or $2,000, or both, and that the defendant has two prior felony convictions, which, if used against him could have resulted in imprisonment for life or years without limit. That the crime may have been the result of a family quarrel does not excuse the defendant.

We thank Wade J. Dahood, Esq., for his assistance to the Court and to the defendant.

DATED this 20th day of October, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.

**From:** The District Court of the Sixth Judicial District. County of Sweet Grass.

STATE OF MONTANA, Plaintiff, vs. HERMAN PELKE, Defendant.

NO. 577

## DECISION

The application of the above-named defendant for a review of the sentence of ten years for First Degree Burglary imposed on July 19, 1962, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

Since the presumption is that the sentencing judge was correct in his determination, we are unable to say that the sentence was not sufficiently lenient, particularly when it is considered that the crime itself carries a possible penalty of 15 years imprisonment, and the defendant has a record of 4 prior felony convictions for robbery, burglary and grand larceny, which, if used, could have resulted in imprisonment for life or years without limit. It is further noted that he is a parole violator with respect to his present sentence.

DATED this 20th day of October, 1969.

SENTENCE REVIEW DIVISION

Philip C. Duncan, chairman; Paul G. Hatfield, Jack D. Shanstrom.